UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE RAYMOND ESTES,

    Defendant.

_____

## UNITED STATES OF AMERICA'S COMPLAINT FOR PERMANENT INJUNCTION

Plaintiff, the United States of America ("United States"), through its undersigned counsel, hereby sues Defendant Eugene Raymond Estes ("Defendant") and alleges as follows:

## INTRODUCTION

1. Starting as early as July 2013 and continuing to the present, Defendant has assisted and facilitated predatory mail and wire fraud schemes that primarily victimize citizens of the United States. Participants in the scheme engage in fraudulent activities, including business email compromise and romance scams among others, and thereby induce the victims to transmit money to Defendant. The Defendant then withdraws cash, purchases cashier's checks, initiates wire transfers or otherwise transfers the funds to perpetrators of the scheme, typically keeping a portion for himself.

2. The United States seeks to prevent continuing and substantial injury to victims of this fraudulent scheme by bringing this action for a permanent injunction and

other equitable relief under 18 U.S.C. § 1345 to enjoin the ongoing commission of mail fraud and wire fraud in violation of 18 U.S.C. §§ 1343 and 1344.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

4. Venue is proper in this district under 28 U.S.C. § 1391(b)(1).

## PARTIES

5. Plaintiff is the United States.

6. Defendant is a resident of Aurora, Colorado. Defendant engaged, and continues to engage, in the conduct described in this Complaint from within the District of Colorado.

## FRAUDULENT SCHEMES

7. Since at least July of 2013, victims have been harmed by the fraudulent schemes facilitated by perpetrators of the schemes. Operators of the fraud schemes engage in illegal activities, including business email compromise and romance scams, causing victims' funds to be transferred or sent to the Defendant or his bank accounts and then to the perpetrators of the fraud. Defendant plays a critical role in the schemes by receiving victims' money as deposits into numerous bank accounts that he has opened at various banks throughout Colorado. Defendant furthers the scheme by making cash withdrawals, purchasing official bank checks, initiating wire transfers and otherwise transferring funds to other participants of the scheme.

8. In the case of a business email compromise, a fraudster contacts the victim company via email, posing as a legitimate vendor of the company, and requests that the vendor's bank account information be modified to direct funds to a fraudulent

account, like that of the Defendant. Subsequently, the victim company sends payments to the vendor, but instead of going to the vendor, the payments are diverted to the fraudulent account.

9. The Defendant in this case claims to be involved in a romantic relationship with a fiancé in Canada who has inherited millions of dollars. The Defendant claims that the funds being deposited into his bank accounts are from his fiancé's interests and that he withdraws cash, purchases cashier's checks, initiates wire transfers and otherwise transfers the funds in order to help his fiancé claim her inheritance in the United States.

10. Upon receipt of the stolen money, the Defendant immediately engages in complex movement of funds to obfuscate the trail of the money.

11. In or about November 2017, the FBI was notified that a victim of business email compromise fraud sent over $100,000 to Defendant as a result of the scam.

12. Upon information and belief, Defendant engaged in a series of transactions, that resulted in him withdrawing $40,000 in cash and having approximately $64,000 in bank accounts, accounts that were not the accounts to which the victim sent the money.

13. Seizure warrants resulted in the recovery of approximately $64,000.00 and loss of approximately $40,000.00.

14. On or about November 3, 2017, Special Agents from the Federal Bureau of Investigation met with Defendant regarding the above described activity. Defendant was presented with a letter warning that Defendant and/or persons the Defendant associates with, "may be engaged in fraudulent activity that violates state and/or federal

criminal laws." Further, "by agreeing to engage in such transactions, [Defendant] may also be facilitating a fraudulent scheme and assisting the perpetrators of the scheme."

15.     Despite voluntarily signing the letter, Defendant continues to assist and facilitate the fraud schemes.

16.     For example, in December 2019, another victim of a business email compromise scam deposited over $100,000 in Defendant's account as a result of a scam.

17.     Upon information and belief, within 72 hours, Defendant conducted a series of transactions, which depleted the full amount of the victim's deposit.

18.     Upon information and belief, Defendant has sent or received over a million dollars in fraud proceeds, some of which were received as recently as September 2020.

## DEFENDANT'S KNOWLEDGE OF FRAUD

19.     Upon information and belief, the United States alleges that Defendant has knowledge that his conduct facilitates a mail and wire fraud scheme.

## HARM TO VICTIMS

20.     Victims suffer financial losses from the mail and wire fraud scheme facilitated by Defendant.

21.     Absent injunctive relief by this Court, Defendant's conduct will continue to cause injury to victims.

## COUNT I
## (18 U.S.C. § 1345 – Injunctive Relief)

22.     The United States re-alleges and incorporates by reference Paragraphs 1 through 23 of this Complaint as though fully set forth herein.

23. By reason of the conduct described herein, Defendant violated, is violating, and is about to violate 18 U.S.C. §§ 1341 and 1343 by facilitating a scheme and artifice to defraud and obtain money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, use the United States mails and interstate wire communications.

24. Upon a showing that Defendant is committing or about to commit mail or wire fraud, the United States is entitled, under 18 U.S.C. § 1345, to seek a permanent injunction restraining all future fraudulent conduct and to any other action that this Court deems just and proper to prevent a continuing and substantial injury to victims.

25. As a result of the foregoing, the Court should enjoin Defendant's conduct under 18 U.S.C. § 1345.

26. On November 30, 2020 the Defendant signed a Stipulated Consent Decree, filed herewith. Without admission of liability or wrongdoing, Defendant stipulated to the entry of the attached proposed Stipulated Consent Decree, freely, and without coercion.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

A. That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendant is restrained from withdrawing, transferring, removing, dissipating or disposing of funds obtained through fraudulent pretenses, and

B. That the Court order such other and further relief as the Court shall deem just and proper.

Dated: November 30, 2020.  Respectfully Submitted,

JASON R. DUNN
UNITED STATES ATTORNEY

<u>/s/ *Martha A. Paluch*</u>
MARTHA A. PALUCH
Assistant United States Attorney
Chief, Economic Crimes Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80020
Telephone: 303-454-0353
E-mail: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

The United States certifies that on November 30, 2020, I electronically filed the foregoing with the Clerk by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

>   Eugene Raymond Estes
>   4671 S. Pagosa Cir
>   Aurora, CO 80015

>                                                      *s/ Stephanie Price*
>                                                      Stephanie Price
>                                                      Legal Administrative Specialist
>                                                      United States Attorney's Office
>                                                      District of Colorado