UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE RAYMOND ESTES,

    Defendant.

## JOINT STIPULATION TO ENTRY OF CONSENT DECREE AND FINAL JUDGMENT

Plaintiff, the United States of America ("United States"), and Defendant Eugene Raymond Estes hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgment ("Consent Decree").

1. Defendant waives service of the Summons and the Complaint.

2. Defendant acknowledges that Defendant has read the provisions of the proposed Consent Decree, has had sufficient time to consider its ramifications, understands the proposed Consent Decree, and is prepared to and will abide by all provisions of the Consent Decree.

3. Without admission of liability or wrongdoing, Defendant stipulates to the entry of the attached proposed Consent Decree, freely, and without coercion.

4. For the purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

Each party to this action agrees to bear its own attorneys' fees and costs incurred in connection with this action.

Dated: November 30, 2020

*[signature: Eugene Raymond Estes]*
EUGENE RAYMOND ESTES
Defendant

Dated: November 30, 2020.

Respectfully Submitted,

JASON R. DUNN
UNITED STATES ATTORNEY

/s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
Chief, Economic Crimes Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80020
Telephone: 303-454-0353
E-mail: Martha.paluch@usdoj.gov

2